AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America

v.

MARIPOSA CASTRO

)
)
)
)
)
)

Case: 1:21-mj-00142
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/21/2021
Description: COMPLAINT W/ ARREST WARRANT

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  _____ Mariposa Castro _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority

40 U.S.C. 5104(e)(2)(D)&(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:      01/21/2021

2021.01.21
15:53:46 -05'00'
_____
*Issuing officer's signature*

City and state:      Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/21/2021 , and the person was arrested on *(date)* 02/09/2021 at *(city and state)* _____ . |
| Date:  02/09/2021 |

_____
*Arresting officer's signature*

SA CHARLES J CABRAL JR
*Printed name and title*   FBI SF