UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-299 (RBW) |
| ) | |
| MARIPOSA CASTRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on April 28, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on June 30, 2021, at 2:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the consent of the parties, the time from April 28, 2021, until the status hearing scheduled for June 30, 2021, is excluded under the Speedy Trial Act, in light of (1) the fact that the government requires additional time to produce discovery to the defendant, and (2) the fact that the defendant and her counsel require time to review that discovery.

**SO ORDERED** this 29th day of April, 2021.

REGGIE B. WALTON
United States District Judge