**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>MARIPOSA CASTRO,   )<br>)<br>Defendant.   )<br>) | Criminal Action No. 21-299 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on June 30, 2021, via teleconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on September 1, 2021, at 10:00 a.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, on or before July 14, 2021, the defendant shall file a submission advising the Court as to whether she agrees to waive her right to a speedy trial from June 30, 2021, until the next status hearing scheduled for September 1, 2021.

**SO ORDERED** this 7th day of July, 2021.

_/s/ Reggie B. Walton_
REGGIE B. WALTON
United States District Judge