# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Criminal Action No. 21-299 (RBW) |
| MARIPOSA CASTRO, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Notice of Waiver of Speedy Trial, ECF No. 21, in which the defendant advises the Court that she agrees to waive her right to a speedy trial from June 30, 2021, until the next status hearing scheduled for September 1, 2021, it is hereby

**ORDERED** that, with the consent of the parties, the time from June 30, 2021, until the status hearing scheduled for September 1, 2021, is excluded under the Speedy Trial Act, in light of (1) the fact that the government requires additional time to produce discovery to the defendant, and (2) the fact that the defendant and her counsel require time to review that discovery.

**SO ORDERED** this 15th day of July, 2021.

REGGIE B. WALTON
United States District Judge