# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Criminal Action No. 21-299 (RBW) |
| MARIPOSA CASTRO, ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on September 1, 2021, via teleconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a plea hearing on October 1, 2021, at 9:00 a.m., via videoconference. The plea hearing will be conducted via videoconference at the request of counsel and with the consent of the government and the defendant. It is further

**ORDERED** that, on or before September 27, 2021, the parties shall submit to the Court the plea documents set out in the General Order Governing Criminal Cases Before the Honorable Reggie B. Walton, ECF No. 24. It is further

**ORDERED** that, with the consent of the parties, the time from September 1, 2021, until the plea hearing scheduled for October 1, 2021, is excluded under the Speedy Trial Act, in light of the fact that the parties require additional time to finalize the plea documents in this case.

**SO ORDERED** this 1st day of September, 2021.

REGGIE B. WALTON
United States District Judge