# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-299 (RBW) |
| | ) |
| MARIPOSA CASTRO, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the government's Unopposed Motion to Continue the October 1, 2021 Setting for 30 Days, ECF No. 26, and for good cause shown, it is hereby

**ORDERED** that the government's Unopposed Motion to Continue the October 1, 2021 Setting for 30 Days, ECF No. 26, is **GRANTED**. It is further

**ORDERED** that the plea hearing scheduled for October 1, 2021, is **CONTINUED** to November 1, 2021, at 11:00 a.m., via videoconference. The plea hearing will be conducted via videoconference at the request of counsel and with the consent of the government and the defendant. It is further

**ORDERED** that, on or before October 26, 2021, the parties shall submit to the Court the plea documents set out in the General Order Governing Criminal Cases Before the Honorable Reggie B. Walton, ECF No. 24. It is further

**ORDERED** that, with the consent of the parties, the time from October 1, 2021, until the plea hearing scheduled for November 1, 2021, is excluded under the Speedy Trial Act, in light of the fact that the parties require additional time to finalize the plea documents in this case.

**SO ORDERED** this 29th day of September, 2021.

_____
REGGIE B. WALTON
United States District Judge