EXHIBIT A



 **CHP-Mariposa** @CHPMarip... · 1d
A real life butterfly flew in to the CHP booth to say hi to Officer Perez!



