EXHIBIT B





