EXHIBIT C









