EXHIBIT D



