EXHIBIT E



January 29, 2022

To Whom It May Concern,

My name is Randy Acosta, I was asked to offer my opinion as to what kind of person my wife Imelda is. I have known Imelda for about 25 years now, and I have never come across a more kind, giving, easy-going person. Over the years, Imelda did everything she could to help mend my family. After my dad broke up my family by having an affair with my wife Sandi, Imelda was instrumental in rebuilding as much peace as possible with my fragmented family. She was a lifesaver in more ways than one. As we find ourselves in the present times , I no longer communicate with my family.

Sincerely,
Randy A. Acosta