EXHIBIT G

January 21, 2022


To Whom It May Concern


Re: <u>Mariposa Castro</u>


I have known Mariposa for at least a year and a half.  We both attended a weekly Patriot overpass rally.  During that time, Mariposa attended the rallies often in various costumes and danced to music while her husband recorded her.  She would post videos of herself doing so on her Facebook page.  We really didn't speak to each other very much, but I personally appreciated her being there and bringing attention to our rallies.

Many months later, I had heard someone say that she had been arrested for entering and stealing a flag inside the U.S. Capitol and was being held in solitary confinement like many other Patriots.  I was greatly saddened by this news and worried for her.  I was very concerned and would frequently think of her wondering how she was doing.

I was of course both very shocked and relieved when I saw her several months later at an event held at Calvary Church in San Jose, CA.  I immediately approached her and asked about her arrest.  I was very happy to hear that she was never kept in solitary confinement and, in fact, she has been home with her family.  Prior to her telling me, I had learned that the flag she was pictured holding was in fact her's and that she didn't steal any flag from the Capitol.  This information aligned with my overall impression of her.  She just didn't seem like the type of person who would steal something much less from the Capitol.

Sometime later, Mariposa showed up at our weekly rally,  I was very happy to see her and we spoke again.  This time we exchanged numbers.  When we got in touch again, I got to know her a little more including that she, her husband and son were moving to Tennessee.  One of her friends invited me to Mariposa's good-bye party.

In the brief time before she left for Tennessee, I learned that we had some commonalities.  She mentioned wanting to open a tea "bar" in a yoga studio.  I taught yoga for 13 years and stopped teaching eight months after my first grandson was born so I could spend more time with him.  My daughter and grandson live out of state.  Both Mariposa and I have apparently enjoyed practicing yoga for many years.  Not only that, but we both have chosen to eat a very healthy and compassionate diet.  She's vegetarian and I'm vegan.

Prior to leaving for Tennessee, Mariposa very generously gave me, and other friends, several large bags of the tea she had planned to sell for her business.  As I've gotten to know Mariposa more, I've learned that despite seeing her dance in costume many, many times that she is actually a more reserved or introverted type of person. This is very likely the reason we didn't speak to each other more at the weekly rallies that we both regularly attended.  Mariposa definitely has a good, kind, loving and giving heart.  She shared with me that when she was detained and was in jail with other women, some for prostitution or drugs or both, she was listening and speaking with them, trying to inspire them in a very nonjudgemental way to make better life choices for themselves.  She said that at the time, rather than worrying for herself, she

was trying to be helpful to these other women, and upon leaving jail, she gave them hugs goodbye.

Mariposa, born and raised in Mexico, absolutely loves and appreciates the United States of America. On January 6, 2021, Mariposa was at the Capitol, not to commit any crime, but to simply express her love and patronage for our country and appreciation for the Land of the Free.

I really hope her good-heartedness and good intentions are taken into much consideration at her sentencing hearing. May the judge be both compassionate and fair.

Thank you very much for your time and consideration.

With Much Gratitude,

Yvette Doublet-Weislak

To whom it may concern,
Re: Mariposa Imelda Castro

My name is Cyndi Sheehan and I am the grassroots organizer of Trump rallies and events in the Silicon Valley. While our rallies have always been positive and full of life, it was not without opposition. As President Trump supporters in one of the most liberal communities in America, we have made it our mission to treat others with kindness and respect, in an effort to represent for who we are, rather than who the mainstream media has made us out to be.

Mariposa has been one of the brightest lights in our movement. She brings with her an energy that draws people in. She embraces her American Patriotism through costumes and positive messages. She connects with people in a way that can only be explained as spiritual. We have been so blessed by her presence.

I understand how January 6th has affected many and I am saddened that so many good people were caught up in something they should have avoided, but I am still so proud of Mariposa. I know her intentions were good and in no way meant to harm anything or anyone. I also know that in the heat of the moment, sometimes we, as humans make regrettable decisions and we have to accept and live with them. Mariposa has done that. She has acknowledged what she did and understands the impact that it made. I also know that Mariposa will do her part to bring back the love and positive energy that she wears so well if given the chance. America needs Mariposa.

I could go on and on, but hope my point is clear. Please don't punish good people for honest mistakes, while sooooo many bad people continue their destruction throughout our country and without consequence.

Our nation needs justice, but please save the punishments for those that actually deserve it. There is no shortage of crime, but a dire shortage of freedom. Mariposa is a hero!

Best regards,
Cyndi Sheehan

Jan 24, 2022

REGARDING Mariposa Imelda Castro

To whom it may concern:

My name is Reena Shah, and I am the owner and founder of International Tea Importers and Chado Tea Room in Los Angeles. My friendship with Mariposa began at the World Tea Expo in Las Vegas four years ago. I was exhibiting my company. Mariposa was a potential customer.

Mariposa, explained to me that she was planning to open a yoga studio with a tea bar in Gilroy California. She wanted to serve and sell tea to her students before and after their yoga sessions. She would often call for recommendations and advice on various types of tea with health benefits and great taste.

After, our long conversation's we became good friends.  My relationship with Mariposa had been long distant.  I did not get to see her as often I would have liked, But the times we did get together was at trade shows, our birthday's and bridal showers for my daughter. We had two showers, one in Los Angeles and the other one in the Bay Area. I will always love and appreciate the long drives and the time she took to be with me and my family.

Mariposa would share pictures of her beautiful home and the garden she was working on at the time. When time allowed, she loved being in the woods admiring nature and drinking tea.

Mariposa is a kind loving person with a big heart. She is a fun positive person to be around. Anyone who meets her will find she truly is a sincere soul.  As my friend she is always ready to welcome everyone into her heart and home.


Sincerely,

*[signature]*

Reena Shah

To whom it may concern,

Re: Mariposa Imelda Castro

I am Louisa Ip. I have known Mariposa for about 3 years. We met in Trump rallies. Mariposa is very sweet, fun and generous. We became good friends instantly. I would spent days in her beautiful home. She is vegetarian. Her husband and son are not. She would cook and take care the whole family. When I was there, she would always take care of me, always put others above her need. She loves her families and friends. She would tell me stories about them. She is also very forgiving. She has an extremely big heart for people.

Mariposa is also highly Spirtual. She wanted to open a yoga with tea studio. She loves to share and teach. She has so much to give to the world. She is also very connected to the nature. We often go hiking and sometimes she would bring her tea ceremony equipment with her. She taught me about cacao and tea ceremony in the wood.

The 3 years I have known Mariposa, she has always carry herself with integrity. What FBI and the media did to her and her families are completely trying to destroy her life. She is a passionate truth teller, not a terrorist. I'm asking the court to have justice for this innocent patriot!

Sincerely yours
Louisa Ip

Kelli Morgan

1/31/22

To Whom It May Concern,

I've had the privilege of knowing Mariposa Castro and can attest she is a wonderful, unique, caring and peaceful person. When I think of Mariposa, the first thing that comes to mind is how she's truly a devoted mother and a loving wife. She is very knowledgeable when it comes to yoga and nutrition. She is a wonderful friend, and gave me a nice exercise bike for free to help me with my own physical fitness. Mariposa values her family, friends and freedom. She puts other people before her own needs and is great at listening, calm and steady with everything she does. Overall, she is a loving, wonderful woman who takes pride in everything she does.

I stayed as a guest at Mariposa's home for a weekend and was treated like family by her the entire time I was there. She is devoted to truth, taking care of her family and being a positive beacon for those who are close to her. I've had so many wonderful interactions and outings with Mariposa, and I feel privileged to call her my friend. She is generous, spiritual, positive, uplifting and optimistic. She is a bright light in so many people's lives, and I am happy to attest to her remarkable character and personality.

Respectfully,

*Kelli Morgan*
Kelli Morgan

20 January 2022

In re: Mariposa Imelda Castro

To Whom It May Concern:

I am writing this letter for the purpose of letting anyone know & for whatever purposes to those who will be reading this letter what I know of Mariposa's character & behavior.

Mariposa & I have been friends for about 2 years now. Even though we have a long distance friendship, we've maintained a decent amount of communication either by text messaging or phone calls. I've also visited with Mariposa a couple times & have personally seen what a wonderful & loving woman she is not only to myself but very evidently to her family.

Mariposa is a kind soul & has a kind, giving heart. She's gentle in her ways, very generous & sincere. I've been blessed to have known a woman who is selfless, giver to others first before herself & has a genuine faith in God.

I cherish the friendship I have with Mariposa & I'd like for everyone to know that if you come to know her personally, you too would be honored to know her real character as a strong, good-natured woman with love & passion.

Mariposa is without a doubt a good friend, a good neighbor & a good contributor to our society.

With kind regards,


Laura Fragada
Email: ███████████████

January 27, 2022

Re: Imelda Acosta

To whom it may concern:

I'm writing on behalf of Imelda Acosta, a dear friend of mine, in support of her character and goodness of heart as she faces a daunting situation she does not deserve. Although I have only known Imelda for about a year, she has already won my heart and admiration. I did not know her when she went to Washington D.C. for the march and was subsequently charged. We became acquainted later. But as soon as I met her, I knew I would love her. And so does everyone who meets her.

Imelda Acosta is not a dangerous person. She is not someone who would go commit a crime against America. She is not a thief or someone who would assault anyone, nor would she willfully break in or attempt to destroy property. And certainly, Imelda is not a terrorist in any way, shape or form. What she is though, is a very high-spirited, outspoken, and dramatically creative person who loves to create beautiful scenes with flowers, teas and signs and music, be the center of it all, and does so in her work with tea ceremonies and healing rooms. Imelda can just naturally be very theatrical and flamboyant at times and would probably have been a smash hit on Broadway if she wanted to be. And that's where her outgoing, sweet, and beautiful personality should have stayed. I don't think Imelda ever planned to do anything illegal that day in Washington. I think she just got carried away with the spirit of the moment which ignited her sparkling energy to dance, sing and act out in joy as I have often seen her do. This is just Imelda being Imelda, light-hearted, fun-loving, and outgoing, but not cunning or malicious. That's what happened that day in Washington and nothing more.

Imelda has made a hugely positive impact in my life, and in the lives of my family even in this short time of our acquaintance. She brought healing, joy and love into our lives and made my sick family member have hope again. She has showered me with gifts and friendship without ever asking for anything in return. She has shown up to help when no one else did. And she is still offering help, even in her darkest hour. Meeting Imelda has brought me hope after losing everything in the pandemic. I have felt her comfort time and time again. And so has everyone who knows her. She is like a butterfly on a sunny day that brings the light into your life. That is why her nickname is Mariposa, Spanish for butterfly. And I am not the only one she has helped. She brought comfort and assistance to the women in the jail she was taken to after the march, and to local homeless women/men as well. She has the mother's heart for the family of mankind.

Imelda Acosta is not someone who deserves punishment. Her actions may have been a lapse in judgement, and I think she knows this now. But this was not a crime. She went expecting to march, take photos, create collages, and have a fun day. She never thought it would turn into what it has. She sincerely wants to make amends and put this behind her. I know she would do her community service gratefully and start her life anew with a fresh perspective. I hope you will give her that chance to bring joy to the world again because that is what she is best at.

Thank you for your consideration.

Teri Apodaca