ATTACHMENT H

