ATTACHMENT I

