ATTACHMENT J



