**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-00299 (RBW) |
| | : | |
| MARIPOSA CASTRO/ Imelda Acosta | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO MODIFY SURRENDER LOGISTICS**

On February 23, 2022, Ms. Acosta appeared before the Court virtually for her sentencing hearing. She was sentenced to serve 45 days of imprisonment as well as pay a fine and court costs. Upon review of the Judgment, she now moves this Court modify the conditions of surrender to permit self- surrender directly to the facility the Bureau of Prisons designates her to serve her sentence. She also requests a recommendation that she be designated to a facility as close as possible to her home in Tennessee. As she resides in Tennessee it will be easier for her to surrender directly to the facility as well as save monies for the marshals from having to transport her from the District of Columbia to her designated facility.

Government counsel Jordan A. Konig, Esq., was informed of this modification request and does not oppose it.

Respectfully submitted,

OFFICE OF ELITA C. AMATO

/s/

Elita C. Amato, Esq.
 2111 Wilson Blvd.,
8th Floor
Arlington, VA  22201
703-522-5900
Attorney to Imelda Acosta

## CERTIFICATE OF SERVICE

I hereby certify that this Memorandum was filed electronically through the ECF filing system on this 10th day of March 2022, thereby, providing service electronically upon all parties in this case.

/s/
Elita C. Amato