**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL  NO.  21-CR-00299** |
| **(RBW)** | | |
| | | |
| **MARIPOSA CASTRO/** | | |
| **Imelda Acosta** | : | |
| | : | |
| **Defendant.** | : | |

**REQUEST FOR EXTENSION OF SURRENDER DATE**

*COMES NOW*, the defendant, through undersigned counsel, and respectfully

moves this court extend her surrender date of March 31, 2022, to May 2, 2022.  This

request is made so that she will have time to continue to treat side effects from COVID.

Although, initially she did not believe she had contracted COVID in November 2021, she

realizes that the illness she suffered was in fact COVID.  Since then, she has had continuing

side effects including aches and pains in her shoulder joints and neck.  She has also been

losing a lot of hair and has sent undersigned several videos showing the hair loss.  She also

has begun seeing a doctor as well.  To address these issues she has been taking various

supplements and minerals, using special shampoos and hair treatments and also eating a

health food diet.  An extension of 30 days will permit her to continue her regime and

treatment to alleviate her health problems before going into the federal facility to complete

her sentence.

Jordan, Konig, Esq., Government counsel does not opposes this request.

*WHEREFORE,* for the above stated reasons, Ms. Acosta, moves this Honorable

Court extend her surrender date from March 31, 2022, to April 2, 2022.

Respectfully submitted,

OFFICE OF ELITA C. AMATO

/s/

Elita C. Amato, Esq.
 2111 Wilson Blvd.,
8th Floor
Arlington, VA  22201
703-522-5900


## CERTIFICATE OF SERVICE

I hereby certify that this Memorandum was filed electronically
through the ECF filing system on this 29th day of March 2022,
thereby, providing service electronically upon all parties in this
case.

/s/

Elita C. Amato